UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00555-SBA |
| Plaintiff, | |
| v. | PROTECTIVE ORDER RE DISCLOSURE OF CERTAIN WITNESS STATEMENTS TO DEFENSE COUNSEL |
| RICHARD ANDERSON, | |
| Defendant. | |

The government is agreeable to providing material to defense counsel in discovery that includes copies of one or more sealed documents, and memoranda of statements of cooperating defendant witnesses, subject however to a protective order that is reflective of the concerns of government counsel as to the safety of cooperating defendant witnesses and the use of this material for purposes of this case only.

Good cause appearing, the disclosure of these materials to defense counsel is subject to the following terms and conditions of this Protective Order:

1. The United States will provide to defendant's counsel copies of the material described above. These material shall be used in connection with this case and for no other purpose.

//

1	2.	These materials shall not be copied.  However, the contents of these
2	materials may be disclosed by defense counsel to and discussed with the defendant, and
3	to any other person working on this case with defense counsel.  Copies of these materials
4	shall not be provided to defendant.
5	3.	Disclosure of additional memoranda by the government for interviews of
6	cooperating defendant witnesses, and their use by defense counsel, shall be subject to the
7	provisions of this Protective Order.
8	4.	This Protective Order shall continue in force and effect until further order
9	of this Court.

11	IT IS SO ORDERED.

14	DATED: 10/26/06

*(signature)*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

17	Approved:

19
20	DATED:   10/19/06                            /s/
	GEORGE L. BEVAN JR.
	Assistant United States Attorney
21	Counsel for the United States

23
24	DATED:   8/22/2006                          /s/
	MICHAEL R. BERGER
	Counsel for Defendant Richard Anderson

PROTECTIVE ORDER
2