KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: 510-637-3689

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00555-SBA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO RESCHEDULE DATE FOR CHANGE OF PLEA |
| RICHARD ANDERSON, | |
| Defendant. | |

The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to reschedule the date for the defendant's change of plea from **October 31, 2006**, to **November 28, 2006**, at **11:00 a.m.** The reason for this joint request is that defense counsel is currently in trial in state court, and government counsel needs additional time to obtain the necessary approvals for the plea agreement.

A separate stipulation and proposed order will be submitted to the Court excluding this period of time under the Speedy Trial Act.

Dated: 10/30/06

_____
GEORGE L. BEVAN JR.
United States Attorney

Dated: 10/30/06

MICHAEL R. BERGER
Attorney for Defendant Richard Anderson

IT IS SO ORDERED.

Dated: 11-9-06

SAUNDRA BROWN ARMSTRONG
United States District Judge

USA RESPONSE TO REQUEST FOR
RULE 12(d)(2) NOTICE

2